**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

BAY PARK TOWERS CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiffs,

vs.                                          CIVIL ACTION:

                                            **NOTICE OF REMOVAL**

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION:**

      Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant LEXINGTON INSURANCE COMPANY ("LEXINGTON") gives notice of removal of the above-captioned action, Case Number 2019-015187-CA-01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and hereby removes this action to the United States District Court for the Southern District of Florida, Miami Division.  In support of this Notice of Removal, LEXINGTON provides as follows:

      Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

1. Defendant, LEXINGTON, is an eligible insurer that issued a policy of insurance to the insured, Bay Park Towers Condominium Association, Inc. ("Insured"), under policy number 41-LX-092178033-0-000. *See* Policy, attached as Exhibit 1.

2. LEXINGTON INSURANCE COMPANY is the Defendant in the Complaint filed by Plaintiffs on May 20, 2019, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, case number 2019-015187-CA-01, styled as Bay Park Towers Condominium Association, Inc. v. Lexington Insurance Company. *See* Exhibit 2.

3. Service of Process was effected on LEXINGTON on June 18, 2019. *See* Notice of Service of Process, attached, *See* Exhibit 3.

4. This is a civil action over which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332, and which LEXINGTON is entitled to remove to this Honorable Court based upon diversity of citizenship.

5. The Plaintiff, Bay Park Towers Condominium Association, Inc., is incorporated in the State of Florida, and principal place of business is in the state of Florida, for the purposes of diversity of citizenship. 28 U.S.C. § 1332(c)(2). *See* Exhibit 4.

6. Defendant is a Delaware corporation with its principal place of business located in Boston, Massachusetts; Defendant is not a citizen of Florida.

7. No parties have common citizenship for purposes of diversity jurisdiction. Therefore, complete diversity exists between all parties named in this matter.

8. Venue is proper in the Southern District of Florida because at all relevant times LEXINGTON was doing business in Florida as an insurer, and the suit for which this removal originates was filed by Plaintiffs in the Circuit Court in and for Miami-Dade County. *See* Exhibit 2.

9. LEXINGTON issued a contract of insurance to the Insured for property located at 3301 Northeast 5th Avenue, Miami, Florida 33137. *See* Exhibit 1.

10. Plaintiff claims that Defendant breached the Insurance Contract by refusing to pay for the full amounts due and owing in breach of the Policy and in violation of the applicable Florida Statutes. *See* ¶ 11 of Complaint. Plaintiff claims that Defendant breached the Policy for the loss by failing to pay the full amount of the damages caused by the covered peril. *See* ¶ 17 of Complaint. Plaintiff claims that Defendant has breached its insurance contract by failing to adequately investigate, failing to properly adjust, and failing to pay all of the aforementioned benefits due and owing under the policy. *See* ¶ 18.

11. The total amount sought by the Plaintiff is $9,688,990.18. Counsel for the Plaintiff sent a letter and copy of an estimate upon which the Plaintiff bases

its claim that the Defendant did not pay for the full value of covered damages. See Exhibit 5. The estimate states that the net value of the claim for covered damages to the Plaintiff's dwelling is $9,688,990.18.

12. Accordingly, the amount in controversy exceeds $75,000.00.

13. Additionally, the Plaintiff seeks an award of attorney's fees and costs pursuant to Florida Statutes 627.428.

14. The jurisdictional facts were true at the time Plaintiffs filed their Complaint, and are true presently, at the time of removal.

15. This Notice of Removal is being filed timely in that the amount in controversy was not stated in the Complaint, and the Defendant received the demand by which it could be ascertained that the amount in controversy exceeds $75,000.00 on May 17, 2019. *See* Exhibit 5.

16. The following items include all of the process, pleadings, and orders filed in this action, to date:

    a. Exhibit 1 – Policy

    b. Exhibit 2 – Complaint

    c. Exhibit 3 – Notice of Service of Process

    d. Exhibit 4 – Division of Corporations State of Florida- Diversity Information.

    e. Exhibit 5- Demand Letter

    f. Exhibit 6- Civil Cover Sheet

WHEREFORE, Defendant, LEXINGTON INSURANCE COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2019-015187-CA-01 be removed from that court to the United States District Court for the Southern District of Florida, Miami-Dade Division.

Dated July 17, 2019

Respectfully submitted.

CLAUSEN MILLER P.C.

/s/ Scott Dornstein

Scott Dornstein, Esq., FBN: 757411
4830 West Kennedy Blvd., #600
Tampa, Florida 33609
Tel: (312) 606-7782
sdornstein@clausen.com
aschaab@clausen.com
pwalker@clausen.com
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are authorized to receive electronic Notices of Electronic Filing.

**Javier Delgado, Esq.**
**Merlin Law Group, P.A.**
**222 Lakeview Ave., Ste. 950**
**West Palm Beach, FL 33401**
**jdelgado@merlinlawgroup.com**
**rpatrick@merlinlawgroup.com**
**tamaro@merlinlawgroup.com**

            CLAUSEN MILLER P.C.

            /s/ Scott Dornstein

            Scott Dornstein, Esq., FBN: 757411
            4830 West Kennedy Blvd., #600
            Tampa, Florida 33609
            Tel: (312) 606-7782
            sdornstein@clausen.com
            aschaab@clausen.com
            pwalker@clausen.com
            Counsel for Defendant